440 A.2d 1238

Commonwealth v. Barksdale, Appellant.

602

Argued April 1, 1981. Margaret M. Boyce, for appellant; Garold E. Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence dated April 24, 1980 is affirmed.